Alan K. Steinbrecher (SB # 79201)
asteinbrecher@steinbrecherspan.com
Douglas R. Painter (SB #131043)
dpainter@steinbrecherspan.com
STEINBRECHER & SPAN LLP
445 S. Figueroa St., Suite 2350
Los Angeles, CA  90071
T:  (213) 891-1400
F:  (213) 891-1470

Specially Appearing Attorneys for Defendants
GEOFFERY OWEN CASSIDY AND ASIA
AVIATION HOLDINGS PTE. LTD.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES N.H. SEAGRIM, STEPHEN MATTHEW WALTER, ZETTA JET PTE. LTD., and ZETTA JET USA, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>GEOFFERY OWEN CASSIDY, MIRANDA JUNE TANG (a/k/a JUNE TANG KIM CHOO), and ASIA AVIATION HOLDINGS PTE. LTD.<br><br>Defendants. | CASE NO. 2:17-CV-6648 (JAK)<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT IN EXCESS OF 30 DAYS; DECLARATIONS OF GEOFFERY O. CASSIDY AND DOUGLAS R. PAINTER**<br><br>*[Proposed Order filed concurrently herewith]*<br><br>Complaint served (in foreign country): Sept. 23, 2017<br><br>Statutory response date:  Oct. 16, 2017<br><br>Retention of U.S. litigation counsel:  Week of December 4, 2017<br><br>Stipulated response date:  January 15, 2018 |

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

**JOINT STIPULATION**

Pursuant to Local Rule 8-3, Geoffery O. Cassidy ("Cassidy") and Asia Aviation Holdings PTE. LTD. ("Asia Aviation") (collectively "Defendants"), on the one hand, and Plaintiffs James N.H. Seagrim, Stephen Matthew Walter, Zetta Jet PTE. LTD. and Zetta Jet USA, Inc. (collectively "Plaintiffs"), on the other hand, hereby stipulate as follows:

WHEREAS, on September 23, 2017, Cassidy was served (on behalf of himself and Asia Aviation) in Singapore with the Initial Complaint;

WHEREAS, assuming such service is valid under the Federal Rules, Defendants' last day to respond to the Initial Complaint under Rule 12 was October 16, 2017;

WHEREAS, Defendants' counsel has represented to Plaintiffs' counsel that:

- Defendants are residents of Singapore and are unfamiliar with U.S. legal requirements; they began the search for U.S. litigation counsel shortly after service;
- During this time, Cassidy was in the middle of a Singapore divorce and custody proceedings with his ex-wife, involved with related litigation in Singapore and attempting to monitor related U.S. bankruptcy proceedings;
- Because of the above circumstances, it took longer than anticipated for Defendants to locate and retain U.S. litigation counsel; Defendants' U.S. litigation counsel, the law firm of Steinbrecher & Span LLP, was retained the week of December 4, 2017; in addition, Douglas R. Painter, lead counsel in the case, booked a family holiday vacation several months ago falling in the latter half of December 2017;
- At this time, Defendants' counsel is considering preparing and filing a Motion to Dismiss or Transfer based on lack of jurisdiction and venue; they will first need to get up to speed in this matter, which

involves this Complaint, the related Singapore litigation and U.S. bankruptcy proceedings;

WHEREAS, details of these facts, as asserted by Defendants, are contained in the attached Declarations of Geoffery O. Cassidy and Douglas R. Painter, filed concurrently herewith;

WHEREAS, for the above stated reasons, Defendants' counsel has requested from Plaintiffs' counsel up to and until January 15, 2018 to respond to the Initial Complaint;

**THEREFORE**, the parties, through their respective counsel, hereby stipulate that, subject to the Court's approval, Defendants shall have up and until January 15, 2018 to answer or otherwise respond to Plaintiff's Complaint.

Dated: December 14, 2017         Will S. Skinner
                                 SKINNER LAW GROUP


                                 By: ___/s/Will S. Skinner_____
                                         Will S. Skinner
                                 Attorneys for Plaintiffs James N.H. Seagrim,
                                 Stephen Matthew Walter, Zetta Jet PTE.
                                 LTD. and Zetta Jet USA, Inc.

Dated: December 14, 2017         Douglas R. Painter
                                 STEINBRECHER & SPAN LLP


                                 By: ___/s/Douglas R. Painter_____
                                         Douglas R. Painter
                                 Attorneys for Defendants
                                 Geoffery O. Cassidy and Asia Aviation
                                 Holdings PTE. Ltd.

*[Filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.]*

## DECLARATION OF GEOFFERY O. CASSIDY

I, Geoffery O. Cassidy, declare as follows:

1. I am an adult resident of Singapore, citizen of Australia (my homeland) and a named Defendant in this action. I am also a majority shareholder and director of the Singapore company Asia Aviation Holdings PTE. LTD. ("Asia Aviation"), the other remaining Defendant in this action (Asia Aviation and I are sometimes collectively referred to herein as "Defendants"). I submit this Declaration in support of the parties' Joint Stipulation to Extend Time to Respond to the Initial Complaint. I am familiar with the facts stated herein and if called as a witness could and would testify competently thereto.

2. On or around September 23, 2017, in Singapore, I was handed legal papers, including summonses to Asia Aviation and me, pertaining to this case.

3. Although I have traveled to the United States and hold dual citizenship with both Australia and the United States, I have never resided in the United States as an adult. Rather, the only time I lived in the United States was as a young child in Michigan (where I was born); I left the United States with my parents at the age of three and have never resided in the United States since then. Accordingly, I am unfamiliar with legal procedures or customs in the United States or California and of the legal significance of a subpoena from a foreign country.

4. After being handed the above-referenced summonses in Singapore, I attempted to research possible California lawyers to retain for the purpose of responding to the Complaint. During this time, I was finalizing a divorce and custody arrangements in Singapore with my ex-wife, Miranda Tang (a former Defendant in this action who was recently dismissed), dealing with Singapore litigation that Asia Aviation filed against three of the four Plaintiffs in this case (*Asia Aviation Holdings, et al. v. Seagrim, et al.,* Case No. HC/S 864/2017 (High Court of the Republic of Singapore, September 18, 2017)) and attempting to monitor the United States bankruptcy proceedings filed by Plaintiffs Zetta Jet Pte.

Ltd. and Zetta Jet USA, Inc. For all these reasons, my search for California litigation counsel took longer than anticipated.

5. On or around December 4, 2017, Defendants retained the law firm of Steinbrecher & Span LLP to specially appear on their behalf in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of December, 2017 in the Republic of Singapore.

_____
Geoffery O. Cassidy

5

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

5

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

## DECLARATION OF DOUGLAS R. PAINTER

I, Douglas R. Painter, declare as follows:

1. I am a member in good standing of the State Bar of California and admitted to practice before all state and federal courts within the State of California. I am a member of the law firm of Steinbrecher & Span LLP, specially appearing counsel for defendants Geoffery Cassidy ("Cassidy") and Asia Aviation Holdings PTE. LTD. ("Asia Aviation") (collectively "Defendants") in the above-entitled cause. I submit this Declaration in support of the parties' Joint Stipulation to Extend Time to Respond to Initial Complaint. I am familiar with the facts stated herein and if called as a witness would and could testify competently thereto.

2. On or around December 4, 2017, my law firm was retained by Defendants to specially appear to respond to the Complaint in this action that was apparently served on them in Singapore on or around September 23, 2017. The events and circumstances between the time of that service and our retention are described more fully in the Declaration of Geoffery O. Cassidy, attached hereto.

3. We are currently getting up to speed in this matter, which involves this case, an ongoing related litigation in Singapore and two bankruptcy filings of the corporate plaintiffs in this case. At the present time, we are considering preparing and filing a Rule 12(b) Motion to Dismiss for, among other things, lack of venue and personal jurisdiction.

4. I am the primary attorney at my firm handling this matter. Several months ago, I booked a holiday vacation for my family falling in the latter part of December.

5. Because of the above circumstances, the parties have stipulated that, subject to Court approval, Defendants shall have up to and until January 15, 2018 to answer or otherwise respond to the Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of December 2017 at Los Angeles, California.

_____/s/Douglas R. Painter____
Douglas R. Painter

7

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**