SKINNER LAW GROUP
WILL S. SKINNER | SBN 206031
 *skinner@skinnerlawgroup.com*
21600 Oxnard Street, Suite 1760
Woodland Hills, CA 91367
818.710.7700 *telephone*
818.710.7701 *fax*

-and-

LAURIE A. SALITA
(admitted *Pro Hac Vice*)
salita@skinnerlawgroup.com
MACKENZIE W. SMITH
(admitted *Pro Hac Vice*)
 *smith@skinnerlawgroup.com*
SKINNER LAW GROUP
101 Lindenwood Dr., Suite 225
Malvern, PA 19355

Attorneys for Plaintiffs,
JAMES N.H. SEAGRIM, STEPHEN MATTHEW WALTER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES N.H. SEAGRIM, STEPHEN MATTHEW WALTER, ZETTA JET PTE. LTD., and ZETTA JET USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GEOFFREY OWEN CASSIDY, MIRANDA JUNE TANG (a/k/a JUNE TANG KIM CHOO), and ASIA AVIATION HOLDINGS PTE. LTD.,<br><br>Defendants. | Case No.: 2:17-cv-6648 JAK<br><br>**FED. R. CIV. P. 41 STIPULATION OF PARTIAL DISMISSAL OF CLAIMS** |

1
**FED. R. CIV. P. 41 STIPULATION OF PARTIAL DISMISSAL OF CLAIMS**

Pursuant to Federal Rule of Civil Procedure 41, the Parties hereby stipulate to the voluntary dismissal, *without prejudice*, of Plaintiffs Walter and Seagrim's individual claims against Defendants.

Plaintiffs James N.H. Seagrim and Stephen Matthew Walter were principals of Plaintiffs Zetta Jet PTE. Ltd. and its wholly-owned subsidiary Zetta Jet USA, Inc., a California corporation (collectively, "Zetta Entities"). The Zetta Entities are currently in bankruptcy (Bankruptcy Petition Nos. 2:17-bk-21386-SK; 2:17-bk-21387-SK) and, through their Bankruptcy Trustee, are represented by separate counsel in this litigation. Plaintiffs have indicated that the Zetta Entities, through the Bankruptcy Trustee, will continue to pursue their claims against Defendants, but at this time, Plaintiffs Seagrim and Walter desire to dismiss those claims that have been individually asserted, *without prejudice*. They and their undersigned counsel are relieved from further participation, as Parties, in this matter.

All parties hereby stipulate and agree.

By: */s/ Laurie A. Salita*
SKINNER LAW GROUP
WILL S. SKINNER | SBN 206031
 skinner@skinnerlawgroup.com
21600 Oxnard Street, Suite 1760
Woodland Hills, CA 91367
818.710.7700 *telephone*
818.710.7701 *fax*

LAURIE A. SALITA
(admitted *Pro Hac Vice*)
salita@skinnerlawgroup.com
MACKENZIE W. SMITH
(admitted *Pro Hac Vice*)
 smith@skinnerlawgroup.com
SKINNER LAW GROUP

By: /s/ *Nathan J. Hochman*
MORGAN, LEWIS & BOCHIUS LLP
NATHAN J. HOCHMAN | SBN 139137
 nathan.hochman@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
310.255.9025 *telephone*
310.907.2025 *facsimile*

Attorneys for Defendant GEOFFERY OWEN CASSIDY

101 Lindenwood Dr., Suite 225
Malvern, PA 19355

Attorneys for Plaintiffs
JAMES N.H. SEAGRIM, STEPHEN MATTHEW WALTER,

*By: /s/ Joel M. Athey*
DLA PIPER LLP (US)
JOEL M. ATHEY | SBN 214399
*joel.athey@dlapiper.com*
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA. 90067-4704
Tel: 310.595.3000
Fax: 310.595.3300

Attorneys for Plaintiffs
ZETTA JET PTE. LTD., and ZETTA JET USA, INC., through Jonathan D. King, Chapter 7 Trustee

[*Filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*]

**FED. R. CIV. P. 41 STIPULATION OF PARTIAL DISMISSAL OF CLAIMS**

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that on this date I caused a true and correct copy of the foregoing Fed. R. Civ. P. 41 Stipulation Of Partial Dismissal Of Claims to be filed via the Official Court Electronic Document Filing System, and that said documents are therefore available for viewing and downloading from the ECF system. By virtue of this filing, service is complete upon receipt of the Court's e-mail notification of the Notice of Electronic Filing for the following Electronic Case Filing Users:

Nathan J. Hochman, Esq.
**Morgan, Lewis & Bochius LLP**
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
nathan.hochman@morganlewis.com
*Counsel for Defendant Geoffery Owen Cassidy*

Joel M. Athey, Esq.
**DLA Piper LLP US**
550 South Hope Street, Suite 2300
Los Angeles, CA 90071
joel.athey@dlapiper.com
*Counsel for Zetta Jet Pte. Ltd., And Zetta Jet Usa, Inc., Through Jonathan D. King, Chapter 7 Trustee*

Dated: October 26, 2018

_____
Will S. Skinner

4
**FED. R. CIV. P. 41 STIPULATION OF PARTIAL DISMISSAL OF CLAIMS**