## Declaration of Jonathan D. King

I, Jonathan D. King, declare as follows:

1. I am the Chapter 7 Trustee of Zetta Jet USA, Inc. ("Zetta USA") and Zetta Jet PTE, Ltd. ("Zetta PTE," and together with Zetta USA, the "Plaintiffs"). Unless otherwise stated, the following facts are within my personal knowledge or based on information made available to me in my capacity as Trustee. If called to testify as a witness about these statements, I could and would competently testify.

2. I make this Declaration in support of the Trustee's Motion for Default Judgment against Defendant Geoffrey Owen Cassidy.

3. I am a citizen of the State of Illinois.

4. The Complaint in this action was filed on September 8, 2017. *Seagrim v. Cassidy*, No. 2:17-cv-6648, Dkt. 1 (C.D. Cal. Sept. 8, 2017).

5. On September 15, 2017 (the "Petition Date"), the Plaintiffs filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), commencing the Bankruptcy Cases.

6. On December 4, 2017, the Bankruptcy Cases were converted to cases under chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. § 1112(a).

7. On December 5, 2017, I was appointed by the Bankruptcy Court to serve as chapter 7 interim trustee. Following the Section 341(a) meeting of creditors that was held on January 8, 2018, I became the permanent trustee for the Bankruptcy Cases.

8. Cassidy is not an infant. To the best of my knowledge, Cassidy is not an incompetent person.

9. I caused a search of the Department of Defense Manpower Data Center's Servicemembers Civil Relief Act web database on February 10, 2021, using Cassidy's last name and date of birth. That search found no evidence that Cassidy is currently on active duty in the armed forces of the United States or otherwise entitled to the protection of the Servicemembers Civil Relief Act.

1      10.     I will cause notice to be provided in accordance with Civil Rule 55 and Local Bankruptcy Rule 7055-1. Contemporaneously with the filing of this Motion, my counsel: (1) will serve Cassidy by mail at his last known address; (2) will serve Cassidy by email at g.o.cassidy@gmail.com, consistent with prior orders of this Court; and (3) will serve Cassidy's prior representatives.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 19, 2021 at Lake Forest, Illinois.

_____