# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES N.H. SEAGRIM, STEPHEN MATTHEW WALTER, ZETTA JET PTE. LTD., and ZETTA JET USA, INC., | No.  2:17-CV-06648-JAK-GJS |
| Plaintiffs, | |
| vs. | **JUDGMENT** |
| GEOFFERY OWEN CASSIDY, MIRANDA JUNE TANG (a/k/a JUNE TANG KIM CHOO), and ASIA AVIATION HOLDINGS PTE. LTD., | JS-6 |
| Defendants. | |

Plaintiffs' Motion for Default Judgment against Defendant Geoffery Owen Cassidy ("Cassidy") was reviewed and granted in part on September 1, 2021. Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1) Final judgment is entered in favor of Plaintiffs and against Cassidy in the amount of $12,748,916.

2) Post-judgment interest shall accrue at the statutory rate in accordance with 28 U.S.C. § 1961. The weekly average 1-year constant maturity Treasury yield for the week of September 3, 2021, was 0.07 percent.

3) This Order in no way prejudices the Trustee's right to seek any and all damages and other relief against any other non-parties to this case, including any damages and other relief sought by the Trustee in adversary proceedings relating to *In re Zetta Jet USA, Inc., et al.*, 17-bk-21386-SK, pending in the United States Bankruptcy Court for the Central District of California against defendants that were involved in the same alleged wrongdoing that is the subject of this case, or other actions or proceedings currently pending or that may be commenced in the future.  The Trustee has fully reserved all rights in that regard.

**IT IS SO ORDERED.**

Dated:  September 15, 2021

_____

John A. Kronstadt

United States District Judge